**Order entered June 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00344-CV

## HELEN RYERSON, Appellant

## V.

## THE CITY OF PLANO, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-02111-2020**

## ORDER

Before the Court is appellee's June 11, 2021 agreed motion to restyle the case. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to restyle the case as noted in the above heading. We further **DIRECT** the Clerk of this Court to remove Greg Willis and John Rolater as counsel for appellee who were added when the appeal was mistakenly docketed as a criminal appeal.

/s/    CRAIG SMITH
        JUSTICE